IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MYTRLE LEIGH CRAWFORD,

    Plaintiff,

v.                         Civil Action No. 3:12cv846

BANK OF AMERICA, N.A.,
et al.,

    Defendants.

**ORDER**

Having reviewed the UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT (Docket No. 4), and there being no objection by the plaintiff, it is hereby ORDERED that the UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT (Docket No. 4) is granted.  It is further ORDERED that the defendant, Bank of America, N.A., shall file its Answer and any other motions with respect to the Complaint by January 11, 2013.

    It is so ORDERED.

                                      /s/     *REP*
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: December 17, 2012