# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MYRTLE LEIGH CRAWFORD, <br> *Plaintiff* <br> v. <br> BANK OF AMERICA, N.A., et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 3:12-cv-00846-REP <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bank of America, N.A.

Date: 01/11/2013

/s/ Robert W. McFarland
*Attorney's signature*

Robert W. McFarland (VSB No. 24021)
*Printed name and bar number*

McGuireWoods LLP
101 W. Main Street
9000 World Trade Center
Norfolk, VA 23510
*Address*

rmcfarland@mcguirewoods.com
*E-mail address*

(757) 640-3716
*Telephone number*

(757) 640-3966
*FAX number*

**CERTIFICATE OF SERVICE**

I certify that on January 11, 2013, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Leonard A. Bennett (VSB # 37523)
>Susan M. Rotkis (VSB # 40693)
>CONSUMER LITIGATION ASSOCIATES, P.C.
>763 J. Clyde Morris Boulevard, Suite 1-A
>Newport News, Virginia 23601
>
>Kristi C. Kelly (VSB # 72791)
>Andrew J. Guzzo (VSB # 82170)
>SUROVELL, ISAACS, PETERSEN & LEVY, PLC
>4010 University Drive, Second Floor
>Fairfax, Virginia 22030

        /s/ Robert W. McFarland

    Robert W. McFarland (VSB No. 24021)
    McGuireWoods LLP
    101 W. Main Street
    9000 World Trade Center
    Norfolk, VA 23510
    Tel: (757) 640-3716
    Fax: (757) 640-3966
    rmcfarland@mcguirewoods.com

    *Counsel for Bank of America, N.A.*